**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 22, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   24-1043,        <u>MSP Recovery Claims, Series LLC v. Lundbeck LLC</u>
                      3:22-cv-00422-HEH

              MSP Recovery Claims PROV, Series LLC
              MSP Recovery Claims CAID, Series LLC
TO:     MSPA Claims 1, LLC
              MSP Recovery Claims, Series LLC
              MSP Recovery Claims Series 44, LLC

**BRIEF CORRECTION DUE:  March 27, 2024**

Please make the correction identified below and file a corrected document by the
due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier.
Arrangements may be made with the clerk for return of paper copies for correction,
if applicable. The time for filing the next brief is unaffected by this notice.

[✓] Disclosure statements included in brief are incomplete. Please file a
corrected opening brief that contains disclosure statements in their entirety.

Karen Stump, Deputy Clerk
804-916-2704